# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 AUG 22  AM 10: 53

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR213 |
| Plaintiff, | ) | |
| | ) | ORDER FOR WRIT OF |
| vs. | ) | HABEAS CORPUS AD PROSEQUENDUM |
| | ) | |
| ERIC JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum (Filing No. _____) be issued as requested.

DATED this 22nd day of August, 2005.

BY THE COURT:

*/s/ David L. Piester*
DAVID L. PIESTER
United States Magistrate Judge

writ issued to USM 8/22/05
certified copy to USM
copy to USA